NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IVANKA CHOTREVA,                              )
                                             )
      Appellant,                         )
                                             )
v.                                           )         Case No. 2D18-1368
                                             )
BOYKO CHOTREV,                                )
                                             )
      Appellee.                          )
_____)

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Pinellas
County; Peter Ramsberger, Judge.

Ama M. Appiah of Law Office of Ama N.
Appiah, P.A., St. Petersburg, for Appellant.

Michael J. Park of Park, Ossian, Barnaky,
& Park, P.A., Clearwater, for Appellee.


PER CURIAM.


      Affirmed.

NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.